AUSA

FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8879

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Perla Masiel LEON-Estrada, Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about October 27, 2007, within the Southern District of California, defendant Perla Masiel LEON-Estrada did knowingly and intentionally import approximately 53.28 kilograms (117.21 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement of Facts incorporated herein by reference.

[signature], SSA
Paul Lewenthal, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF OCTOBER, 2007.

[signature]
PETER C. LEWIS

**PROBABLE CAUSE STATEMENT**

I, Special Agent Paul Lewenthal, declare under penalty of perjury, the following is true and correct:

On 10/27/07, Perla Masiel LEON-Estrada entered the United States through the Calexico, California East Port of Entry. LEON was the driver a 1999 Toyota Sienna mini-van bearing BA/MX license plate BDT7487. U.S. Customs and Border Protection Officers discovered 51 packages concealed within the dash board and gas tank of the vehicle. One package was probed producing a green leafy substance that field tested positive for marijuana. The 51 packages were removed and weighed. The total weight of the marijuana packages was 53.28 kilograms (117.21 Lbs.)

LEON was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. LEON acknowledged and waived her Miranda Rights and admitted knowledge of smuggling the marijuana. LEON stated that she was going to be paid $2,500 to cross the marijuana-laden vehicle into the United States. LEON was processed and booked into the Imperial County Jail to await her initial appearance before a U.S. Magistrate Judge.

Executed on 10/28/07 (date) at 1500 (time)

[signature]
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 27, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

[signature]
United States Magistrate Judge

10/28/07 6:00PM
Date/Time